■ DAVID ROSE, Appellant, v. WALTER R. SAMUELS, Respondent.—

Concur —
McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.